1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CHRISTOPHER M. POE,                    No.  2:23-cv-00859-DJC-CKD

12                   Plaintiff,

13        v.                                ORDER

14   ATTORNEY GENERAL'S OFFICE, et
     al.,
15
                 Defendants.
16

17

18        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

19   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States

20   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21        On August 14, 2023, the Magistrate Judge filed findings and recommendations

22   herein which were served on Plaintiff and which contained notice to Plaintiff that any

23   objections to the findings and recommendations were to be filed within fourteen

24   days.  Plaintiff has not filed objections to the findings and recommendations.

25        The Court has reviewed the file and finds the findings and recommendations to

26   be supported by the record and by the Magistrate Judge's analysis.

27   ////

28   ////

                                          1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed August 14, 2023, are adopted in

3  full;

4    2.  This action is dismissed without prejudice; and,

5    3.  The Clerk of Court shall close this case.

6

7    IT IS SO ORDERED.

8  Dated:   **September 29, 2023**                            _Daniel J. Calabretta_
                                                              Hon. Daniel J. Calabretta
9                                                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17  12/poe0859.800

18

19

20

21

22

23

24

25

26

27

28